IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JILL MARIE FENTON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil No. 3:13-CV-29-N-BK |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act* (Doc. 27) is GRANTED in the amount of (1) $4,831.39 for attorneys' fees at the rate of $172.55 per hour; (2) $80.00 for one hour of administrative work completed by Plaintiff's attorney; and (3) $43.00 for a certificate of good standing and *pro hac vice* admission costs, for a total award of $4,954.39.

SO ORDERED this 25th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE